**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| NIKITA EREMIN,<br>Petitioner,<br>v.<br>CYNTHIA ARMANT, et. al.,<br>Respondents. | Case No. EDCV 26-05444-DOC(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition and ORDERING RESPONDENTS TO RELEASE PETITIONER NIKITA EREMIN (a# 213-057-056) from immigration custody without the imposition of any restraints on his liberty and return any confiscated property to Petitioner; (2) denying the Ex Parte Application and any other remaining motion (Dkt. Nos. 2, 14) as

moot; and (3) enjoining Respondents from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations. Respondents are ordered to file a status report within two (2) days confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 24, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE