JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

NIKITA EREMIN,

Petitioner,

v.

CYNTHIA ARMANT, et. al.,

Respondents.

Case No. EDCV 26-05444-DOC(AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: November 24, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE